**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROSETON GENERATING LLC,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　　23 **CIVIL** 2198 (PMH)

                                                     **JUDGMENT**

LOCAL 320 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 29, 2024, Plaintiff's motion to vacate the award is DENIED. Defendant's motion to confirm the award is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     May 29, 2024

                                                            **RUBY J. KRAJICK**
                                                                Clerk of Court

                                       BY:
                                                              **Deputy Clerk**